**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-23-00031-CV**

**IN THE INTEREST OF E.S.S., A CHILD**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90148**

**ORDER**

This accelerated appeal from an order terminating Mother's parental rights follows a six-day jury trial. Before the Court is court reporter Shannon N. Sudderth's January 19, 2023 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than January 30, 2023.

/s/     ROBBIE PARTIDA-KIPNESS
         JUSTICE